JS-6

**McCARTHY & HOLTHUS, LLP**
Matthew Podmenik, Esq. (SBN: 219364)
Rachel S. Opatik, Esq. (SBN: 243140)
1770 Fourth Avenue
San Diego, CA  92101
Telephone:   (619) 685-4800
Facsimile:   (619) 685-4811

Attorneys for Defendants,
Nationstar Mortgage LLC and
Guaranty Bank S.S.B.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG CHUNG, an individual; and JEONG OK CHUNG, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; GUARANTY BANK, S.S.B., a Wisconsin corporation; QUALITY LOAN SERVICE CORPORATION, a California corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.  EDCV09-1995 CJC (JCx) <br><br> **[*PROPOSED*] JUDGMENT** <br><br> Ctrm: 9B <br> Judge: Hon. Cormac J. Carney |

On December 7, 2009, this Court granted Defendants NATIONSTAR MORTGAGE LLC ("NATIONSTAR") and GUARANTY BANK, S.S.B. ("GUARANTY") (collectively hereafter referred to as "DEFENDANTS") Motion to Dismiss Plaintiffs YOUNG CHUNG and JEONG OK CHUNG ("PLAINTIFFS")' Complaint.  This Court further allowed PLAINTIFFS twenty (20) days to cure the defects in the Complaint.  To date, PLAINTIFFS have not filed an Amended Complaint.

/ / /

/ / /

1  As PLAINTIFFS have failed to amend their Complaint within the time allowed by the Court, and for the reasons explained in DEFENDANTS' Motion to Dismiss, the Court hereby DISMISSES THE CASE WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 6, 2010

_____
Hon. Cormac J. Carney
United States District Judge

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811